UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| Tommy Williams, #525474, | ) | |
|---|---|---|
| Petitioner, | ) | |
| | ) | No. 1:20-cv-720 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| Gregory Skipper, | ) | |
| Respondent. | ) | |
| | ) | |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 14), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: June 21, 2021

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge